UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

JAMAIRE ROBERTSON,
                         Defendant.

ORDER OF CONTINUANCE

25 Mag. 2782

      Upon the application of the United States of America and the affirmation of JOHN SARLITTO, Assistant United States Attorney, it is found that JAMAIRE ROBERTSON, the defendant, was charged with violations of 18 U.S.C.§§ 924(c)(1)(A); 1951, in a complaint dated August 30, 2024, and was arrested on August 29, 2025;

      It is further found that the defendant was presented before United States Magistrate Judge Katharine H. Parker on August 30, 2025, and the defendant was detained.

      It is further found that Sungso Lee, counsel for the defendant, has been engaging in preliminary discussions with the Government concerning possible disposition of this case without trial;

      It is further found that the Government has requested a continuance of 28 days to engage in further discussions with counsel about the disposition of this case without trial and that counsel for the defendant on behalf of the defendant has agreed that a continuance of 28 days may be granted for such purpose; and

      It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until **October 22, 2025.**

Dated: White Plains, New York
September 24, 2025

_____
UNITED STATES MAGISTRATE JUDGE