UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                      **2ND ORDER OF CONTINUANCE**

            -against-                                    25 Mag. 2782

JAMAIRE ROBERTSON,

                              Defendant.
------------------------------------------------------------------X

       Adjourned to November 19, 2025 by Andrew E. Krause, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated:  October 22, 2025
           White Plains, New York

                                                         SO ORDERED:

                                                         _____
                                                          United States Magistrate Judge